## R. N. BOYD *v.* J. W. KAIKAINAHAOLE.

EXCEPTIONS FROM CIRCUIT COURT, FIRST CIRCUIT.

SUBMITTED OCTOBER 2, 1896.　　　DECIDED OCTOBER 22, 1896.

JUDD, C.J., FREAR AND WHITING, JJ.

A claim of set-off not having been pleaded, held properly disallowed by the trial judge.

OPINION OF THE COURT BY FREAR, J.

This is an action for $107.45, the balance alleged to be due plaintiff from defendant for services rendered in superintending the erection of certain buildings, transferring a mortgage, drawing a will, and paying bills. The plaintiff recovered judgment for $95.00 besides interest and costs in the District Court of Honolulu and on defendant's appeal to the Circuit Court obtained a verdict there for the same amount. At the trial the plaintiff admitted on cross-examination that he had received from the contractors, a Chinese company, $100.00 as a consideration for securing for them the contract for the erection of the buildings. Defendant's counsel thereupon moved the presiding judge to allow this $100.00 as a set-off and to instruct the jury to find for the defendant. This the judge refused to do, on the ground that the set-off was not pleaded, and the case comes here on an exception to this refusal. Counsel did not amend his answer by adding a plea of set-off, although, as we understand, the judge intimated that he might do so.

A claim of set-off should be specially pleaded; if not pleaded or submitted to the jury it is not *res adjudicata* and may be made the subject of a separate action. *Lopez v. McChesney,*

*ante,* p. 225. We are informed by defendant's counsel that a separate action has already been brought upon the claim in question and that he merely desires assurance that the claim is not *res adjudicata.*

Exceptions overruled.

*S. K. Kane,* for plaintiff.

*J. L. Kaulukou,* for defendant.